Edward A. RICHE, Plaintiff
and Respondent,

v.

NORTH OGDEN PROFESSIONAL COR-
PORATION, a Utah professional corpo-
ration, Defendant and Petitioner.

No. 880443.

Supreme Court of Utah.

June 23, 1989.

Pete N. Vlahos and F. Kim Walpole, Og-
den, for plaintiff and respondent.

John P. Sampson, Ogden, for defendant
and petitioner.

ON CERTIORARI TO THE UTAH
COURT OF APPEALS

PER CURIAM:

Having reviewed the briefs on appeal,
this Court affirms the Court of Appeals for
the reasons set forth in its opinion.